IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SCHOEN,

      Petitioner,                    No. CIV S-05-1973 DFL DAD P

   vs.

D.G. ADAMS, Warden, et al.,

      Respondents.               ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, paid the required filing fee of $5.00 or filed an application for leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to pay the filing fee or file an application to proceed in forma pauperis.

      Petitioner's habeas petition was accompanied by a motion requesting the appointment of counsel. As petitioner recognizes, there is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of such proceedings "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel at this time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, the required filing fee or an application to proceed in forma pauperis; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in habeas corpus proceedings; and

3. Petitioner's September 29, 2005 motion requesting the appointment of counsel is denied.

DATED: October 4, 2005.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
scho1973.101ac