IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SCHOEN,

    Petitioner,                   No. CIV S-05-1973 DFL DAD P

    vs.

D.G. ADAMS, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to this court's order filed October 5, 2005, petitioner has paid the required filing fee.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1      2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2  shall be filed and served within thirty days after service of the answer;
3      3. If the response to the habeas petition is a motion, petitioner's opposition or
4  statement of non-opposition to the motion shall be filed and served within thirty days after
5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6  thereafter; and
7      4. The Clerk of the Court shall serve a copy of this order together with a copy of
8  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior
9  Assistant Attorney General.
10 DATED: November 4, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
scho1973.100f