IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RONALD SCHOEN,**

   Petitioner,   CIV-S-05-1973 DFL DAD P

 vs.       **ORDER**

**D.G. ADAMS, Warden, et al.,**

   Respondents.

_____/

  Good cause appearing, IT IS HEREBY ORDERED that Respondents' December 1, 2005 Application and Declaration for Enlargement of Time to File Response is granted, to, and including, January 2, 2006.

DATED: December 2, 2005.

                /s/ Dale A. Drozd
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

/scho1973.ext