IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RONALD SCHOEN,**

        Petitioner,        CIV-S-05-1973 DFL DAD P

   vs.        **ORDER**

**D.G. ADAMS, Warden, et al.,**

        Respondents.

_____/

      Good cause appearing, IT IS ORDERED that Respondents' December 28, 2005 application for a 30-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before February 1, 2006.

DATED: January 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/scho1973.ext2